[No. 11585-2-III.   Division Three.   December 29, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. MARGARET JOAN CARLYLE, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 90-1-00347-1, Carolyn A. Brown, J., entered May 3, 1991. *Reversed* by unpublished opinion per Sweeney, J., concurred in by Shields, C.J., and Munson, J.

[Nos. 11131-8-III; 11752-9-III. Division Three. December 31, 1992.]

DANIEL WALKER, ET AL, *Appellants*, v. MARJORIE D. THATCHER, *Respondent*.

Appeals from judgments of the Superior Court for Yakima County, No. 89-2-01870-4, Robert N. Hackett, Jr., and F. James Gavin, JJ., entered September 7, 1990, and July 5, 1991. *Affirmed in part* and *reversed in part* by unpublished opinion per Thompson, A.C.J., concurred in by Munson and Sweeney, JJ.

[No. 29058-4-I.   Division One.   December 31, 1992.]

VERNON B. RASMUSSEN, ET AL, *Appellants*, v. PACIFIC FIRST FEDERAL SAVINGS BANK, *Defendant*, COSMOS INTERNATIONAL, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 90-2-03304-0, James D. McCutcheon, Jr., J., entered July 24, 1991. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Forrest and Agid, JJ.